UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------X

IN THE MATTER OF ASSIGNMENTS

TO THE                                    NOTICE OF ASSIGNMENTS

HONORABLE JED S. RAKOFF (JSR)

-----------------------------------------------X

The following cases are to be assigned to the calendar of the Honorable JED S. RAKOFF (JSR)

| | | |
|---|---|---|
| 12 CV 2161 | 12 CV 2404 | 12 CV 2349 |
| 12 CV 2162 | 12 CV 2408 | 12 CV 2352 |
| 12 CV 2226 | 12 CV 2411 | |
| 12 CV 2239 | 12 CV 2412 | |
| 12 CV 2240 | 12 CV 2415 | |
| 12 CV 2353 | 12 CV 2444 | |
| 12 CV 2370 | 12 CV 2445 | |
| 12 CV 2311 | 12 CV 2432 | |
| 12 CV 2364 | 12 CV 2465 | |
| 12 CV 2365 | 12 CV 2351 | |
| 12 CV 2375 | 12 CV 2409 | |
| 12 CV 2403 | | |

****RELATED TO 11 CV 3605****
****DESIGNATED MAG. JUDGE HENRY B. PITMAN (HBP)****

The attorney(s) for the plaintiff(s) are requested to serve a copy of this Notice of Assignment on all defendants.

Dated: 04/06/2012

Ruby J. Krajick, CLERK

PHYLLIS ADAMIK
By: _____
Deputy Clerk

cc: Attorneys of Record